**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Michael  W. Gioffredi v. The Retreat at Riverstone

Appellate case number:   01-21-00627-CV

Trial court case number:  21-CCV-068826

Trial court:                     County Court at Law No. 1 of Fort Bend County

On March 22, 2022, Appellee The Retreat at Riverstone filed a motion to extend time to file its brief, explaining its brief is due April 4, 2022.  Pursuant to Texas Rule of Appellate Procedure 38.6(b), the thirty-day deadline for Appellee to file its brief begins to run from the date Appellant files his brief.  *See* TEX. R. APP. P. 38.6(b).  Appellant has not yet filed his brief in this case.  Accordingly, Appellee's briefing deadline has yet to be set.  Because Appellee's motion is premature, it is **denied**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  March 29, 2022